FILED'08 OCT 01 13:39USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KELLY L. KAYLOR,                          )
                                          )   CV 07-3083-PA
            Plaintiff,                    )
                                          )
     v.                                   )   **ORDER FOR REMAND**
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security           )
                                          )
            Defendant.                    )

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will further evaluate Plaintiff's chronic fatigue syndrome and, if warranted, obtain supplemental vocational expert evidence. Plaintiff filed a subsequent claim on August 19, 2008, which the ALJ should consolidate with this claim.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is entitled to seek reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d) upon proper request to

1 - ORDER FOR REMAND

the Court. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

IT IS SO ORDERED.

Dated this ___1___ day of October 2008.

*[signature]*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER FOR REMAND