FILED'08 OCT 01 13:39USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KELLY L. KAYLOR, )
) CV 07-3083-PA
        Plaintiff, )
)
v. ) **JUDGMENT**
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
)
        Defendant. )

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order.

Dated this ___1___ day of October 2008.

/s/ Owen M. Panner
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT